# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| WILLIE F. QUARTERMAN, JR., ) <br> ) <br> Movant, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | Case No. CV416-035 <br> CR498-141 |

## ORDER

Willie F. Quarterman, Jr. moves under 28 U.S.C. § 2255 to attack his 1999 conviction and 151-month sentence for distribution of cocaine. CR498-141, doc. 314. The Magistrate Judge ruled that the motion is successive and, even if not, fails on the merits. Doc. 317. Quarterman does not object. In fact, he moves to dismiss without prejudice so that he may petition the Eleventh Circuit. Doc. 319. The Court **ADOPTS** the Report and Recommendation, doc. 317, **GRANTS** Quarterman's motion to dismiss, doc. 319, and **DENIES** his motion to vacate. Doc. 314. It also **DENIES** his motion for appointment of counsel. Doc. 315. No Certificate of Appealability is warranted because this dismissal is jurisdictional

(successiveness grounds), but the Clerk is **DIRECTED** to transfer this case directly to the Eleventh Circuit Court of Appeals in light of his *Johnson* claim. *See Clemente-Bernabe v. United States*, CV616-013, doc. 9 (S.D. Ga. Apr. 29, 2016) (citing *Johnson v. United States*, ___ U.S. ___, 135 S. Ct. 2551, 2557-58 (2015) and *In re Robinson*, ___ F.3d ___, 2016 WL 1583616 at * 2 (11th Cir. April 19, 2016)).

**ORDER ENTERED** at Augusta, Georgia, this ___9th___ day of May, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA